# Court of Appeals
# of the State of Georgia

ATLANTA,  November 14, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0038.  GINA FORE v. RICHARD LOWERY PERRYMAN, III, JUDGE et al.**

Upon consideration of Appellant's petition for mandamus, the petition is hereby DENIED because it does not meet the requirements of Court of Appeals Rule 40 (c).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  11/14/2024

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*